**Fill in this information to identify the case:**

Debtor name     **Nieman Printing, Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF TEXAS

Case number (if known)   **21-31134**

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■ *Schedule H: Codebtors* (Official Form 206H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule*

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **July 12, 2021**      X /s/ Garrett Graves
                                        Signature of individual signing on behalf of debtor

                                        **Garrett Graves**
                                        Printed name

                                        **President**
                                        Position or relationship to debtor

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Nieman Printing, Inc.** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF TEXAS** |
| Case number (if known): | **21-31134** |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **BOURLAND, WALL & WENZEL** DR Horton Tower, 301 Commerce St #1500 Fort Worth, TX 76102 | | | | | | $41,585.85 |
| **BRW Paper Company, Inc.** 1800 Kelly Blvd. Carrollton, TX 75006-5529 | | | | | | $138,552.16 |
| **Clampitt Caper CO** 9207 ambassador row PO box 915018 Dallas, TX 75391 | | | | | | $299,991.86 |
| **Federal Express Corp.** PO Box 1140 Dept A Memphis, TN 38101-1140 | | | | | | $96,876.01 |
| **FINCH PAPER LLC** 1 Glen St, Glens Falls Glens Falls, NY 12801 | | | | | | $65,534.14 |
| **Intercon Paper** 4545 Leston St. Dallas, TX 75247 | | | | | | $77,211.17 |
| **J and A graphics, LLC** 76 Legend Rd Fort Worth, TX 76132 | | | | | | $61,473.31 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | **Nieman Printing, Inc.** | | | Case number *(if known)* | **21-31134** | |
|---|---|---|---|---|---|---|
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **John R. Ames,PCC,CTA Dallas County Tax Assessor-Collector P.O. BOX 139066 Dallas, TX 75313-9066** | | | | | | **$191,701.07** |
| **LINDENMEYR MUNROE 1601 Valley View Ln Dallas, TX 75234** | | | | | | **$470,740.13** |
| **Luxor Staffing 1430 Valwood Pkwy #120 Carrollton, TX 75006** | | | | | | **$192,417.25** |
| **Midway Press, LTD 645 Regal Row Dallas, TX 75247** | | | | | | **$84,597.98** |
| **Olmstead Kirk- Note payment 1601 Valley View Dallas, TX 75234** | | | | | | **$46,183.96** |
| **People's Capital and Leasing 255 Bank Street Waterbury, CT 06702-2219** | | equipment | | **$1,400,000.00** | **$1,000,000.00** | **$400,000.00** |
| **Results Staffing 1555 W. Mockingbird Lane Ste. 220 Dallas, TX 75235** | | | | | | **$343,951.49** |
| **Roosevelt Paper Company PO Box 785175 Philadelphia, PA 19178-5175** | | | | | | **$48,239.96** |
| **Small Business Admin PO Box 3918 Portland, OR 97208** | | 90 days or less: A/R | | **$1,500,000.00** | **$999,179.97** | **$670,820.03** |
| **The Oldham Group PO Box 5015 Springfield, IL 62705** | | | | | | **$41,649.18** |
| **Top Level Printing Ink, Inc 1343 Round Table Dr Dallas, TX 75247** | | | | | | **$89,676.89** |

| Debtor | **Nieman Printing, Inc.** | | | | Case number *(if known)* | **21-31134** | |
|---|---|---|---|---|---|---|---|
| | Name | | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Vertiv Corporation (Formley Xpedx) 1050 Dearborn Drive Columbus, OH 43085** | | | | | | **$158,428.38** |
| **Xerox Corporation 350 s. northwest hwy PO box 8127 Park Ridge, IL 60068** | | | | | | **$73,757.88** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name      **Nieman Printing, Inc.**

United States Bankruptcy Court for the:      NORTHERN DISTRICT OF TEXAS

Case number (if known)      **21-31134**

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                12/15

### Part 1:  Summary of Assets

1.  *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................    $      0.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*..............................................................................    $      1,892,179.97

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................................    $      1,892,179.97

### Part 2:  Summary of Liabilities

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................    $      3,190,000.00

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.............................................    $      192,491.50

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................    +$      3,018,457.37

4.  Total liabilities .................................................................................................
    Lines 2 + 3a + 3b      $      6,400,948.87

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Nieman Printing, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF TEXAS

Case number (if known)    **21-31134**

☐ Check if this is an amended filing

## Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1.   **Prosperity Bank** | | | **$238,000.00** |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**                              **$238,000.00**
       Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

   ■ No. Go to Part 3.
   ☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

   ☐ No. Go to Part 4.
   ■ Yes Fill in the information below.

11.    **Accounts receivable**

| | 11a. 90 days old or less: | **999,179.97** | - | **0.00** | = .... | **$999,179.97** |
|---|---|---|---|---|---|---|
| | | face amount | | doubtful or uncollectible accounts | | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor | **Nieman Printing, Inc.** | Case number *(If known)* **21-31134** |
|---|---|---|
| | Name | |

**12.  Total of Part 3.**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**$999,179.97**

---

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

---

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials Inventory** | | **$0.00** | | **$5,000.00** |

20.    **Work in progress**

21.    **Finished goods, including goods held for resale**

22.    **Other inventory or supplies**

**23.    Total of Part 5.**

Add lines 19 through 22.  Copy the total to line 84.

**$5,000.00**

24.    **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

---

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

---

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

| Debtor | **Nieman Printing, Inc.** | | | Case number *(If known)* | **21-31134** |
|---|---|---|---|---|---|
| | Name | | | | |

| 39. | **Office furniture**<br>desk, tables, file cabinets, computers, chairs | $0.00 | | $20,000.00 |
|---|---|---|---|---|

40. **Office fixtures**

41. **Office equipment, including all computer equipment and communication systems equipment and software**

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

$20,000.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 8:   Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☑ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  **Large Bax Truck, Small Box truck, Van** | $0.00 | | $30,000.00 |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**<br>equipment located at shop (see attached) | $0.00 | | $600,000.00 |
|---|---|---|---|

51. **Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.

$630,000.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☑ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

Debtor    **Nieman Printing, Inc.**                                   Case number *(If known)*    **21-31134**
          Name

☐ Yes

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
☐ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|
| **71.**  **Notes receivable**<br>Description (include name of obligor) | |
| **72.**  **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| **73.**  **Interests in insurance policies or annuities** | |
| **74.**  **Causes of action against third parties (whether or not a lawsuit has been filed)**<br>Claims against numerous employees who left the company and are acting in violation of non-compete and non-solicitaton agreement<br>Nature of claim<br>Amount requested                     **$0.00** | **Unknown** |
| CLaims against the neimans for failure to disclose inforamtion in connection with the sale of the business<br>Nature of claim<br>Amount requested                     **$0.00** | **Unknown** |
| **75.**  **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| **76.**  **Trusts, equitable or future interests in property** | |
| **77.**  **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
| **78.**  **Total of Part 11.**<br>Add lines 71 through 77. Copy the total to line 90. | **$0.00** |
| **79.**  **Has any of the property listed in Part 11 been appraised by a professional within the last year?** | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor      **Nieman Printing, Inc.**
Name

Case number *(If known)*  **21-31134**

■ No
☐ Yes

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy

| Debtor | **Nieman Printing, Inc.** | Case number *(If known)* **21-31134** |
|---|---|---|
| | Name | |

---

**Part 12:**  Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $238,000.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $999,179.97 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.**  *Copy line 23, Part 5.* | $5,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $20,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $630,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.......................................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,892,179.97 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $1,892,179.97 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Equipment Description | Installation Date | Year of Mfg. | Product Line |
|---|---|---|---|
| B 20 1st Station Continuous Feeder combi | 6/29/2006 | | Bindery |
| B 30 1st Station continuous w/4 combi | 4/30/2007 | | Bindery |
| Scale for Polar joggers | 9/13/2015 | 2015 | Bindery |
| 2nd Station, 4 Plates, 200 Series, 20" | 9/24/1997 | | Bindery |
| 2nd Station, 4 Plates, Legend Series, 20" | 1/22/2000 | | Bindery |
| 2nd Station, 4 Plates, fi    142PB0008 | 9/27/2002 | | Bindery |
| TD66-6RD 75312 | 1/10/1997 | | Bindery |
| 26" Bindery with Continuou    141MD0031 | 1/24/2000 | | Bindery |
| 3rd Station, 4 Plates, TF | 4/29/1999 | | Bindery |
| SBP 46 Vertical Sheet Del    703803 | 3/30/2001 | | Bindery |
| VSA-66 26" Vertical Stack    704746 | 2/13/2002 | | Bindery |
| 2nd Station, 4 Plates, 200 Series, 20" | 9/24/1994 | | Bindery |
| BaumBindery 20" Legend Fol | 6/7/1991 | | Bindery |
| BaumBindery 26" Legend Fol | 3/11/1994 | | Bindery |
| Macey Omega II Saddlebinder | | | Bindery |
| Prinergy | | | Other |
| T50-4/P 42570 | 6/8/1991 | 1991 | Bindery |
| B26-4/R 42655 | 8/16/1991 | 1991 | Bindery |
| B26-4/R 45703 | 3/12/1994 | | Bindery |
| CPC-2S 363 | 6/22/1995 | | Other |
| CPC-24          80101 | 2/15/2000 | 1999 | Other |
| Server T330-S15 | 5/29/2017 | | Other |
| OMEGAII 600186 | 11/11/1915 | | Bindery |
| TD-3/4.56 74987 | 9/17/1997 | | Bindery |
| TD-3/4.66 75000 | 5/7/2002 | | Bindery |
| UFS-78 86638 | 10/17/1997 | | Bindery |
| TD-2/6.66 101832 | 3/11/1998 | | Bindery |
| Stahl USA QuickBindery | 6/25/2001 | | Bindery |
| B22 26604 | | 1984 | Bindery |
| B22 27621 | 9/18/1985 | | Bindery |
| HL1000-W6 5972312 | 3/7/1991 | 1989 | Other |
| CPC-4 536103 | 8/16/1994 | | Other |
| HL1000-W6 6472061 | 9/9/1994 | 1994 | Other |
| USA20-4/P HH3056 | 12/3/2004 | | Bindery |
| 2/4.20-USA 121KG0064 | 9/26/1997 | | Bindery |
| 2nd Station, 4 Plates, fi    142LK0156 | 1/23/2000 | | Bindery |
| QM 46 2 | | 2000 | Press |
| Shanklin CLRS-F108 Shrinkwrapper | | | Other |
| Stahl Right Angle Bindery 26 " | | | Bindery |
| BaumBindery 26" Legend Fol | 1/24/2000 | | Bindery |
| Mueller Martini | | 1999 | Bindery |
| 72-EL/CE 5451152 | | 1984 | Bindery |
| JOG-RABS 6481219 | 9/9/1994 | 1994 | Bindery |
| SP705-4BAS SL.106 | 9/3/1999 | | Other |
| VFZ 52 20 1/2" Knife Fold    702175 | 2/16/2001 | | Bindery |
| 2/4.20-USA HH3057 | 9/26/1994 | | Bindery |

| | | | |
|---|---|---|---|
| Prinect Image Control | | 8/2/2007 | 2008 Other |
| Prinect Image Control | | 12/21/2007 | 2008 Other |
| B 24/26/30 - 26" 2nd Station w/4 combi | | 5/30/2007 | Bindery |
| POLAR Jogger RA-4 | | 12/5/2007 | 2007 Bindery |
| 115MON 6431286 | | 9/9/1994 | 1994 Bindery |
| 30" Bindery with Continuou | 160NG180 | 11/15/2000 | Bindery |
| 30" Bindery with Continuou | 160OA229 | 8/20/2001 | Bindery |
| Envelope press Halm Jet Press JP-TWOD-60 | | | 2002 Other |
| Trendsetter 3244 | | | Other |
| Trendsetter 3244 | | | Other |
| B 24/26/30 - 22" 3rd Station w/4 combi | | 1/24/2006 | Bindery |
| Stahl 30 " Bindery | | | Bindery |
| 30" Bindery with Continuou | 160OL270 | 9/27/2002 | Bindery |
| Ryobi 3304 HA | | | 2003 Press |
| Mueller Bravo-T | | | 1998 Bindery |
| B & R Moll Friction Feeder & Marathon | | | 2008 Bindery |
| POLAR Jogger RA-4 | | 9/13/2015 | 2015 Bindery |
| 137ED 6641119 | | 8/20/1996 | 1996 Bindery |
| 115ED 6631385 | | 4/14/1997 | 1996 Bindery |
| Bravo-T Stitcher | | | Bindery |
| ST-90 | | | 2015 Bindery |
| B-30 Bindery (TD-78), 4, C | 704751 | 2/18/2002 | Bindery |
| Mueller Martini 15550400 | | | 2006 Bindery |
| JBI Wiro-Bind with punch | | | 2016 Bindery |
| Cutter 115E, 45 1/4" x 45 | 7331299 | 10/7/2009 | 2003 Bindery |
| High-Speed Cutter POLAR N 78 ECO | | 9/1/2016 | 2016 Bindery |
| High-Speed Cutter POLAR N 115 | | 9/1/2016 | 2016 Bindery |
| Varimatrix 105CS | | 11/21/2008 | 2006 Bindery |
| SM 102-10P | | 6/20/1999 | 1999 Press |
| Mitsubishi Diamond D3000 R-12 | | | 2006 Press |
| Xerox Nuverra 288-DPSC | | | 2012? Digital |
| Xerox Nuverra288-DPS | | | 2015? Digital |
| Xerox Nuverra 288-DPS | | | 2016? Digital |
| Xerox Nuverra 288-DPS | | | 2016? Digital |
| Xerox Igen 4  IGEN426 | | | 2012? Digital |
| Xerox Igen 4 IGEN410D | | | 2015? Digital |
| HP Indigo 7800 | | | ? Digital |

**Fill in this information to identify the case:**

Debtor name   **Nieman Printing, Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF TEXAS

Case number (if known)   **21-31134**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2.** List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |
| **2.1   Goodman Capital Finance** Creditor's Name | Describe debtor's property that is subject to a lien **90 days or less: A/R** | **$170,000.00** | **$999,179.97** |

**2.1   Goodman Capital Finance**
Creditor's Name

**3010 LBJ Freeway**
**Suite 540**
**Dallas, TX 75234**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**90 days or less: A/R**

Describe the lien

Is the creditor an insider or related party?

Creditor's email address, if known
■ No
☐ Yes

**Date debt was incurred**
Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Goodman Capital Finance**
**2. Small Business Admin**

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: **$170,000.00**
Value of collateral: **$999,179.97**

---

**2.2   J Nieman Trust**
Creditor's Name

**5609 Willow Bend**
**Plano, TX 75093**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**A/R**

Describe the lien

Is the creditor an insider or related party?

Creditor's email address, if known
■ No
☐ Yes

**Date debt was incurred**
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

Amount of claim: **Unknown**
Value of collateral: **Unknown**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | **Nieman Printing, Inc.** | Case number (if known) | **21-31134** |
|---|---|---|---|
| | Name | | |

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

■ Contingent
■ Unliquidated
■ Disputed

---

| 2.3 | **M Nieman Trust** | **Describe debtor's property that is subject to a lien** | **Unknown** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**5609 Willow Bend**
**Plano, TX 75093**

Creditor's mailing address

A/R

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its priority.

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

---

| 2.4 | **People's Capital and Leasing** | **Describe debtor's property that is subject to a lien** | **$1,400,000.00** | **$1,000,000.00** |
|---|---|---|---|---|

Creditor's Name

**255 Bank Street**
**Waterbury, CT 06702-2219**

Creditor's mailing address

equipment

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Small Business Admin** | **Describe debtor's property that is subject to a lien** | **$1,500,000.00** | **$999,179.97** |
|---|---|---|---|---|

Creditor's Name

**PO Box 3918**
**Portland, OR 97208**

Creditor's mailing address

90 days or less: A/R

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | **Nieman Printing, Inc.** | Case number (if known) | **21-31134** |
|---|---|---|---|
| | Name | | |

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

| **Date debt was incurred** | |
|---|---|

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.

**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.6 | **TCF Equipment Finance** | Describe debtor's property that is subject to a lien | $120,000.00 | $120,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **equipment** | | |

**11100 Wayzata blvd #801
Hopkins, MN 55305**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $3,190,000.00 |
|---|---|---|

---

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name __**Nieman Printing, Inc.**__

United States Bankruptcy Court for the: __NORTHERN DISTRICT OF TEXAS__

Case number (if known) __**21-31134**__

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | **Total claim** | **Priority amount** |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address | $790.43 | $0.00 |

| | |
|---|---|
| **2.1** Priority creditor's name and mailing address<br>**Amy Mullins**<br>**3529 Inglesdie Drive**<br>**Dallas, TX 75229** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Date or dates debt was incurred | Basis for the claim: |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes |

|  |  | $191,701.07 | $0.00 |
|---|---|---|---|

| | |
|---|---|
| **2.2** Priority creditor's name and mailing address<br>**John R. Ames,PCC,CTA**<br>**Dallas County Tax**<br>**Assessor-Collector**<br>**P.O. BOX 139066**<br>**Dallas, TX 75313-9066** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Date or dates debt was incurred | Basis for the claim: |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes |

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

**Amount of claim**

| Debtor | **Nieman Printing, Inc.** | Case number (if known) | **21-31134** |
|---|---|---|---|
| | Name | | |

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $315.68 |
|---|---|---|---|

**4-Star Hose & Supply Markets**
**10704 COMPOSITE DR.**
**Dallas, TX 75220**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,314.32 |
|---|---|---|---|

**4th Generation Recycling, Inc.**
**1456 W. Newport Center Drive**
**Deerfield Beach, FL 33442**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,987.76 |
|---|---|---|---|

**A-1 GRAPHIC EQUIPMENT**
**1200 Garden City Hwy (312.17 mi)**
**Midland, TX 79701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,202.73 |
|---|---|---|---|

**A-1 LOCKSMITHS**
**8558 Denton Dr**
**Dallas, TX 75235**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,885.00 |
|---|---|---|---|

**AC Printing Supply**
**PO Box 10**
**Boyd, TX 76023**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $97.43 |
|---|---|---|---|

**ACE FIRE EXTINGUISHER CO**
**600 W 5th Ave**
**Hutchinson, KS 67501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,035.50 |
|---|---|---|---|

**Actega Kelstar, INc.**
**1450 Taylors Lane**
**Raleigh, NC 27616**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Nieman Printing, Inc.** | Case number (if known) | **21-31134** |
|---|---|---|---|
| | Name | | |

---

**3.8** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,848.00**

**ADOLPH'S LITHO SERVICES,INC.**
**1600 S Interstate 45 Service Rd**
**Hutchins, TX 75141**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,562.50**

**Allied Plastic Supply Inc.**
**PO Box 641052**
**Dallas, TX 75264-1052**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.10** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,404.51**

**AMSCO**
**2020 Century Enter Blvd., Ste.200**
**Irving, TX 75062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.11** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$13,085.04**

**Ash Automated Packaging Systems, Inc.**
**PO Box 59946**
**Dallas, TX 75229**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.12** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$546.96**

**ASSOCIATED GRAPHICS & LABEL LLC**
**2009 Farrington St.**
**Dallas, TX 75207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.13** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$417.41**

**AT&T**
**PO Box 630047**
**Dallas, TX 75263-0047**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.14** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$857.90**

**AWC, INC.**
**10610 Newkirk St #100**
**Dallas, TX 75220**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Nieman Printing, Inc.** | | Case number (*if known*) | **21-31134** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,233.70** |
|---|---|---|---|

**B&B Graphic Finishing Service**
**8930 Governors Row**
**Dallas, TX 75247**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,633.70** |
|---|---|---|---|

**B&D Binder & Index, Inc.**
**2621 South Cooper Street**
**Arlington, TX 76015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11,225.00** |
|---|---|---|---|

**Batchelor Steel Rule Dies, Inc.**
**2121 Galveston St.**
**Grand Prairie, TX 75051**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,000.00** |
|---|---|---|---|

**BCC Software, LLC**

**75**
**Joson Drive**
**Rochester, NY 14623**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,460.00** |
|---|---|---|---|

**BLAIR THOMAS**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __NO ADDRESS__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,464.90** |
|---|---|---|---|

**BMW Bank of North America**
**PO Box 78066**
**Phoenix, AZ 85062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$41,585.85** |
|---|---|---|---|

**BOURLAND, WALL & WENZEL**
**DR Horton Tower, 301 Commerce St  #1500**
**Fort Worth, TX 76102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Nieman Printing, Inc.** | | Case number (if known) | **21-31134** |
|---|---|---|---|---|
| | Name | | | |

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $138,552.16 |
|---|---|---|---|

**BRW Paper Company, Inc.**
**1800 Kelly Blvd.**
**Carrollton, TX 75006-5529**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $510.00 |
|---|---|---|---|

**BURFORD & RYBURN, L.L.P.**
**500 N Akard St #3100**
**Dallas, TX 75201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23,293.00 |
|---|---|---|---|

**BUZZ PRINT**
**1850 Empire Central**
**Dallas, TX 75235**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,110.14 |
|---|---|---|---|

**C & R Bindery**
**2935 SO. R.L. Thorton Freeway**
**Dallas, TX 75247**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,000.00 |
|---|---|---|---|

**Case Paper**
**827 Avenue H Est #217**
**Arlington, TX 76011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $910.00 |
|---|---|---|---|

**CDS TRANSPORTATION LLC**
**PO BOX 670672**
**Dallas, TX 75367**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,750.00 |
|---|---|---|---|

**Charles Covey**
**704 Central Pkwy E STE 1220**
**Plano, TX 75074**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Nieman Printing, Inc.** | | Case number (if known) | **21-31134** |
|---|---|---|---|---|
| | Name | | | |

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Charles Covey**<br>**704 Central PArkway E**<br>**Suite 1220**<br>**Plano, TX 75074** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,302.70** |
|---|---|---|---|
| | **City of Dallas**<br>**City Hall, 1AN**<br>**Dallas, TX 75277** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$299,991.86** |
|---|---|---|---|
| | **Clampitt Caper CO**<br>**9207 ambassador row**<br>**PO box 915018**<br>**Dallas, TX 75391** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$157.33** |
|---|---|---|---|
| | **CLASSIC IMPRESSIONS**<br>**2 Witte Lane,**<br>**Great Meadows, NJ 07838** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,122.00** |
|---|---|---|---|
| | **clearbags**<br>**4949 windplay drive #100**<br>**El Dorado Hills, CA 95762** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,244.77** |
|---|---|---|---|
| | **COLORDYNAMICS, INC.**<br>**200 E Bethany Dr,**<br>**Allen, TX 75002** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$912.00** |
|---|---|---|---|
| | **DALLAS BINDERY**<br>**7600 Sovereign Row**<br>**Dallas, TX 75247** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Nieman Printing, Inc.** | Case number (if known) | **21-31134** |
|---|---|---|---|
| | Name | | |

---

| 3.36 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,500.00** |
|---|---|---|---|

**DANI NORTON**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __NO ADDRESS__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$178.39** |
|---|---|---|---|

**DATAMAX LEASING**
**800 Freeport Pkwy #400,**
**Coppell, TX 75019**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$342.73** |
|---|---|---|---|

**De Lage Landen Financial Services, Inc.**
**1111 OLD EAGLE SCHOOL RD.**
**WAYNE, PA 19087**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,372.70** |
|---|---|---|---|

**DELIVERZEN**
**1551 Corporate Dr.**
**Irving, TX 75038**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,227.77** |
|---|---|---|---|

**DFW Printing Services, LLC**
**6505 W. Park Blvd**
**Ste. 306 #229**
**Plano, TX 75093**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$749.55** |
|---|---|---|---|

**Digital 66**
**41100 Plymouth Dr.**
**Bldg. 2, Suite 118**
**Plymouth, MI 48170**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,750.00** |
|---|---|---|---|

**Direct Logistic, Inc.**
**8200 Springwood Dr.**
**Suite 250**
**Mansfield, TX 76063**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Nieman Printing, Inc.** | | Case number (if known) | **21-31134** |
|---|---|---|---|---|
| | Name | | | |

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $22,829.27 |
|---|---|---|---|
| | **Eastman Kodak Company**<br>**1778 Solution Center**<br>**Chicago, IL 60677-1007** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,421.30 |
|---|---|---|---|
| | **EFI**<br>**6438 City West Parkway**<br>**Eden Prairie, MN 55344** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,653.12 |
|---|---|---|---|
| | **ELTOSCH GRAFIX AMERICA, INC.**<br>**1888 E. Fabyan Parkway**<br>**Batavia, IL 60510** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,064.38 |
|---|---|---|---|
| | **ENGIE RESOURCES**<br>**1360 Post Oak Blvd, Suite 400**<br>**Houston, TX 77056-3030** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $196.92 |
|---|---|---|---|
| | **ENNIS BUSINESS FORMS**<br>**106 E Baylor St**<br>**Ennis, TX 75119** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,321.05 |
|---|---|---|---|
| | **EQUIPMENT DEPOT**<br>**1400 Loop 12 So**<br>**Irving, TX 75060** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $494.32 |
|---|---|---|---|
| | **Esko-Graphic, Inc.**<br>**8535 Gande Creek Dr.**<br>**Miamisburg, OH 45342** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **Nieman Printing, Inc.** | | Case number (if known) | **21-31134** |
|---|---|---|---|---|
| | Name | | | |

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,696.00 |
|---|---|---|---|

**Falcon Business Forms**
**PO Box 326**
**Houston, TX 77022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,950.00 |
|---|---|---|---|

**Faro Logistic Solutions, Inc.**
**1415 North Cockrell Hill Rd.**
**Suite 100**
**Corsicana, TX 75110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,348.51 |
|---|---|---|---|

**Fed Ex Freight**
**4103 Collection Center Drive**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $96,876.01 |
|---|---|---|---|

**Federal Express Corp.**
**PO Box 1140**
**Dept A**
**Memphis, TN 38101-1140**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $65,534.14 |
|---|---|---|---|

**FINCH PAPER LLC**
**1 Glen St, Glens Falls**
**Glens Falls, NY 12801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,928.00 |
|---|---|---|---|

**FINZER ROLLER PRESS READY**
**239 Factory Street**
**La Porte, IN 46350**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $160.40 |
|---|---|---|---|

**FUSECO**
**4921 Conflans Rd**
**Irving, TX 75061**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Nieman Printing, Inc.** | | Case number (if known) | **21-31134** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,320.03 |
|---|---|---|---|

**FUSEMIND**
**2451 N Stemmons Fwy**
**Dallas, TX 75207**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,500.00 |
|---|---|---|---|

**G Squared & Associates LLC**
**7616 Higgins Ln**
**Plano, TX 75024**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,600.00 |
|---|---|---|---|

**GARRETT GRAVES**
**P.O. Box 540398**
**Dallas, TX 75354**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $28,376.17 |
|---|---|---|---|

**Goelzer Industries**
**201 East Trinity Blvd**
**Grand Prairie, TX 75050**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $183.09 |
|---|---|---|---|

**GPA**
**8701 W. 47St., Ste A**
**La Grange, IL 60525**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,320.73 |
|---|---|---|---|

**Grand Logistic**
**8416 Sterling Street**
**Irving, TX 75063**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,242.18 |
|---|---|---|---|

**Graphic Converting, LTD**
**1210 Champion Circle**
**Ste.100**
**Carrollton, TX 75006**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Nieman Printing, Inc.** | Case number (if known) | **21-31134** |
|---|---|---|---|
| | Name | | |

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,500.00** |
|---|---|---|---|

**GRAPHIC MOVERS, INC.**
**1600 I-45**
**Hutchins, TX 75141**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$870.80** |
|---|---|---|---|

**GUARDIAN SOUTHWEST INDEX TAB INC.**
**300 N Rogers St**
**Waxahachie, TX 75165**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00** |
|---|---|---|---|

**HBM Supply of Texas, Inc.**
**8516 Directors Row**
**Dallas, TX 75247**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$30,847.74** |
|---|---|---|---|

**Heidelberg Eastern**
**1000 Gutenberg Drive NW**
**Kennesaw, GA 30144-7028**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,143.30** |
|---|---|---|---|

**HEWLETT-PACKARD COMPANY**
**2020 McDaniel Dr**
**Carrollton, TX 75006**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,064.00** |
|---|---|---|---|

**HUBER GROUP USA INC.**
**2564 W Commerce St**
**Dallas, TX 75212**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12,189.33** |
|---|---|---|---|

**Indigo America Inc.**
**5555 Windward Parkway**
**Alpharetta, GA 30004**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Nieman Printing, Inc.** | | |
|---|---|---|---|
| | Name | Case number (if known) | **21-31134** |

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77,211.17 |
|---|---|---|---|

**Intercon Paper**
**4545 Leston St.**
**Dallas, TX 75247**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $467.32 |
|---|---|---|---|

**ISTAmerica- US OPERATIONS INC.**
**121 Capista Dr**
**Shorewood, IL 60404**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $61,473.31 |
|---|---|---|---|

**J and A graphics, LLC**
**76 Legend Rd**
**Fort Worth, TX 76132**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $44.58 |
|---|---|---|---|

**JAMES QUINONEZ**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **NO ADDRESS**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $560.10 |
|---|---|---|---|

**Johnson Laminating & Bindery**
**2647 Manana Dr.**
**Dallas, TX 75220**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,108.20 |
|---|---|---|---|

**Joules Angstrom/U.V. Printing Inks Corp.**
**104 Heritage Drive**
**Pataskala, OH 43062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,000.00 |
|---|---|---|---|

**K & R PLASTIC**
**10808 US-290**
**Austin, TX 78736**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Nieman Printing, Inc.** | Case number (if known) | **21-31134** |
|---|---|---|---|
| | Name | | |

| 3.78 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$500.81** |
|---|---|---|---|

**Kinter**
**3303 Oak Grove Ave**
**Waukegan, IL 60087**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.79 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,415.98** |
|---|---|---|---|

**Koeltter Fire Protection**
**10351 Olympic Dr.**
**Baytown, TX 77522**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.80 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,237.15** |
|---|---|---|---|

**LABEL SYSTEMS INC.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.81 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$13,324.45** |
|---|---|---|---|

**Laird Plastics Inc.**
**PO Box 934226**
**Atlanta, GA 31193-4226**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.82 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$110.22** |
|---|---|---|---|

**LAMTEX FINISHING, INC.**
**1400 Presidential Dr #100**
**Richardson, TX 75081**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.83 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$470,740.13** |
|---|---|---|---|

**LINDENMEYR MUNROE**
**1601 Valley View Ln**
**Dallas, TX 75234**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.84 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20,275.65** |
|---|---|---|---|

**Lithpro Graphics Supply, LTD**
**2805 W Arkansas Ln**
**Arlington, TX 76016**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Debtor    **Nieman Printing, Inc.**
_____
Name                                                  Case number (if known)    **21-31134**

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $940.00 |

**Little Print Shop**
**212 Renee Dr.**
**Ofallen, IL 62269**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,303.08 |

**LoneStar Forklift**
**4213 Forest Ln.**
**Garland, TX 75042**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $192,417.25 |

**Luxor Staffing**
**1430 Valwood Pkwy #120**
**Carrollton, TX 75006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $675.00 |

**LVL UP Group**
**1821 Brazoria Dr.**
**Mesquite, TX 75150**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,093.75 |

**MACH 1 GLOBAL SERVICES**
**1111 Executive Dr Ste 500**
**Coppell, TX 75019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200.82 |

**Mailers Haven LLC**
**27819 Smyth Dr.**
**Valencia, CA 91355**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,890.17 |

**MARVEL PRINTING COMPANY**
**1928 S Broadway, St.**
**Saint Louis, MO 63104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Nieman Printing, Inc.** | Case number (if known) | **21-31134** |
|---|---|---|---|
| | Name | | |

| 3.92 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$17,500.00** |
|---|---|---|---|

**Matt Neiman**
**6625 Riverside Dr.**
**Plano, TX 75024**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.93 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$16,288.32** |
|---|---|---|---|

**McBride Electric**
**PO Box 814305**
**Dallas, TX 75301**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.94 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$734.20** |
|---|---|---|---|

**MD Machine**
**PO Box 1502**
**Bastrop, TX 78602**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.95 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$360.87** |
|---|---|---|---|

**Meridian Propane**
**PO Box 136847**
**Fort Worth, TX 76136**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.96 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$19,319.04** |
|---|---|---|---|

**METROPAK**
**1001 Commerce Dr # 100,**
**Richardson, TX 75081**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.97 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,050.00** |
|---|---|---|---|

**Michael Hornsby Creations**
**2794 Vista View Dr.**
**Lewisville, TX 75067**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.98 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,486.00** |
|---|---|---|---|

**MID SOUTH ROLLER - TEXAS**
**1108 Enterprise Plc**
**Arlington, TX 76001**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Nieman Printing, Inc.** | | |
|---|---|---|---|
| | Name | | |
| | | Case number (if known) | **21-31134** |

---

| 3.99 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$84,597.98** |
|---|---|---|---|

**Midway Press, LTD**
**645 Regal Row**
**Dallas, TX 75247**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.100 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,132.80** |
|---|---|---|---|

**MillPack**
**2800 Big Oak Drive**
**King, NC 27021**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.101 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,804.64** |
|---|---|---|---|

**Muller Martini Corp.**
**30984 Bake Parkway**
**Suite 100**
**Lake Forest, CA 92630**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.102 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,132.47** |
|---|---|---|---|

**N. Glantz & Son Sign Supplies**
**2310 Manana Drive**
**Dallas, TX 75220**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.103 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$873.42** |
|---|---|---|---|

**NATIONAL TELESYSTEMS INC**
**10525 Newkirk St #220**
**Dallas, TX 75220**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.104 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$873.42** |
|---|---|---|---|

**National Wholesale Supply, Inc.**
**1972 California Crossing**
**Dallas, TX 75220**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.105 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$563.19** |
|---|---|---|---|

**NEC FINANCIAL SERVICES, LLC**
**250 Pehle Ave #20**
**Saddle Brook, NJ 07663**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| Debtor | **Nieman Printing, Inc.** | Case number (if known) | **21-31134** |
|---|---|---|---|
| | Name | | |

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Neiman Trust**
**321 Honey Creek Ln.**
**McKinney, TX 75069**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $46,183.96 |
|---|---|---|---|

**Olmstead Kirk- Note payment**
**1601 Valley View**
**Dallas, TX 75234**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,847.31 |
|---|---|---|---|

**On Call Courier**
**PO Box 535173**
**Grand Prairie, TX 75053-5173**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,939.96 |
|---|---|---|---|

**On Trac International Mail**
**121 5th Avenue Northwest**
**Ste. 600**
**Saint Paul, MN 55112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,923.00 |
|---|---|---|---|

**OTB TECHNOLOGIES**
**961 Garnet Cove**
**Little Elm, TX 75068**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,209.65 |
|---|---|---|---|

**Page DNA**
**PO Box 2167**
**Seattle, WA 98111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,776.25 |
|---|---|---|---|

**Penske Truck Leasing**
**2340 Lombardy**
**Dallas, TX 75220**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Nieman Printing, Inc.** | Case number (if known) | **21-31134** |
|---|---|---|---|
| | Name | | |

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $995.20 |
|---|---|---|---|

**PERFORMANCE SPECIALTY SERVICE**
 **1195 Empire Central**
**Dallas, TX 75247**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22,808.22 |
|---|---|---|---|

**Pitman Conpany**
**2601 Resource Drive**
**Ste. 300**
**Plano, TX 75074**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $555.00 |
|---|---|---|---|

**Pratt Industies**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,719.00 |
|---|---|---|---|

**Press Parts LLC**
**1904 University Business Park**
**Ste. 309**
**McKinney, TX 75071**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,733.17 |
|---|---|---|---|

**Printing & Imaging Association**
**5720 LBJ Frwya.**
**Ste. 655**
**Dallas, TX 75240**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,734.53 |
|---|---|---|---|

**Printing Solutios & Services**
**255 Dickerson Drive**
**Lewisville, TX 75077**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,938.00 |
|---|---|---|---|

**Prolam, Inc.**
**3214 Beltline Rd.**
**Ste. 416**
 **TX 75340**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

| Debtor | **Nieman Printing, Inc.** | Case number (if known) | **21-31134** |
|---|---|---|---|
| | Name | | |

---

**3.120** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,308.27**

**Purchase Power**
PO Box 371874
Pittsburgh, PA 15250-7874

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.121** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$450.46**

**Purvis Bearing Service**
10500 N Stemmons Frwy
Dallas, TX 75220

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.122** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$500.69**

**Quantum Design**
14257 Commercial Pkwy
South Beloit, IL 61080

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.123** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,780.00**

**Registermarks**
141 Manufacturing St.
Dallas, TX 75207

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.124** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$343,951.49**

**Results Staffing**
1555 W. Mockingbird Lane
Ste. 220
Dallas, TX 75235

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.125** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,300.00**

**Rick Schaffer**
1300 Chestnut St.
Lebanon, PA 17042

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.126** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,496.66**

**RM Machinery**
212 North Virginia Ave
Penns Grove, NJ 08069

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Nieman Printing, Inc.** | Case number *(if known)* | **21-31134** |
|---|---|---|---|
| | Name | | |

---

**3.127** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$48,239.96**

**Roosevelt Paper Company**
**PO Box 785175**
**Philadelphia, PA 19178-5175**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.128** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,272.96**

**Rotadyne**
**Roll Group**
**942 Minters Road**
**Grapevine, TX 76051**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.129** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$116.06**

**RSH GROUP LLC**
**14245 Proton Road**
**Dallas, TX 75244**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.130** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,484.89**

**Saia Motor Freight Inc.**
**Credit Dept**
**PO Box A, Station 1**
**Houma, LA 70363**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.131** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$681.53**

**Siffron**
**FFR-DSI, Inc**
**8181 Darrow Rd**
**Twinsburg, OH 44087**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.132** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,978.57**

**SIX B LABELS CORPORATION**
**12200 Forestgate Dr**
**Dallas, TX 75243**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.133** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,245.00**

**Smart Trucking LLC**
**DBA Smart Logistics**
**PO Box 117775**
**Carrollton, TX 75011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Nieman Printing, Inc.** | Case number (if known) | **21-31134** |
|---|---|---|---|
| | Name | | |

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $882.60 |
|---|---|---|---|

**Sparkletts & Seirra Springs**
**PO Box 660579**
**Dallas, TX 75266**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,666.67 |
|---|---|---|---|

**Steve Graves**
**2314 South Hills Dr.**
**Missoula, MT 59803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,300.00 |
|---|---|---|---|

**STILL BURTON LLP**
**13465 Midway Rd #475,**
**Dallas, TX 75244**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,568.75 |
|---|---|---|---|

**Texas Envelope MFG Co, Inc**
**10655 Shady Trail**
**Dallas, TX 75220**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,031.26 |
|---|---|---|---|

**Texas Graphic Resources**
**1234 Round Table Dr**
**Dallas, TX 75247**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $41,649.18 |
|---|---|---|---|

**The Oldham Group**
**PO Box 5015**
**Springfield, IL 62705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $89,676.89 |
|---|---|---|---|

**Top Level Printing Ink, Inc**
**1343 Round Table Dr**
**Dallas, TX 75247**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Nieman Printing, Inc.** | Case number (if known) | **21-31134** |
|---|---|---|---|
| | Name | | |

---

| 3.141 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,008.97** |
|---|---|---|---|

**TPX Communications**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.142 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,766.13** |
|---|---|---|---|

**Tracey L Carey**
**96 owl Ridge Rd**
**Woodbury, CT 06798**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.143 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$717.58** |
|---|---|---|---|

**Tracy Carey**
**97 Owl Ridge Rd.**
**Woodbury, CT 06798**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.144 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,477.63** |
|---|---|---|---|

**Uline**
**ATTN: Accounts Recievable**
**2200 S. Lakeside Dr**
**Waukegan, IL 60085**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.145 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$280.00** |
|---|---|---|---|

**UNIVISION**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.146 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,066.59** |
|---|---|---|---|

**Update LTD.**
**134 Peavy Circle**
**Chaska, MN 55318**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.147 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$647.02** |
|---|---|---|---|

**UPS FREIGHT**
**2600 E Pioneer Dr,**
**Irving, TX 75061**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Nieman Printing, Inc.** | | Case number (if known) | **21-31134** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.148 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,461.02** |
|---|---|---|---|

**UPS Supply Chain Solutions**
**28013 Network Place**
**Chicago, IL 60673**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,161.02** |
|---|---|---|---|

**Verizon**
**PO Box 920041**
**Dallas, TX 75392-0041**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$158,428.38** |
|---|---|---|---|

**Vertiv Corporation**
**(Formley Xpedx)**
**1050 Dearborn Drive**
**Columbus, OH 43085**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.151 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$18,913.00** |
|---|---|---|---|

**Vincent J Stagliano**
**C/O jsc Realty Services, inc**
**2711 LBJ Freeway**
**Ste 130**
**Dallas, TX 75234**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.152 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,885.66** |
|---|---|---|---|

**VORTEX**
**2244 Luna Rd**
**Carrollton, TX 75006**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.153 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,473.50** |
|---|---|---|---|

**VSG inc**
**1870 Crown Drive**
**ste 1505**
**Dallas, TX 75234**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.154 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,091.08** |
|---|---|---|---|

**WCJ PILGRIM WIRE, LLC**
**220 Boxwood Ln**
**York, PA 17402**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | **Nieman Printing, Inc.** | Case number (if known) | **21-31134** |
|---|---|---|---|
| | Name | | |

| 3.155 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,340.50** |
|---|---|---|---|

**William Henery Bruenig**
**4134 Juliard dr**
**Addison, TX 75001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.156 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$28,509.00** |
|---|---|---|---|

**XCEL XPRESS**
**2450 SW Grapevine Pkwy**
**Grapevine, TX 76051**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.157 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$73,757.88** |
|---|---|---|---|

**Xerox Corporation**
**350 s. northwest hwy**
**PO box 8127**
**Park Ridge, IL 60068**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Part 3: | **List Others to Be Notified About Unsecured Claims** |
|---|---|

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| Part 4: | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 192,491.50 |
| 5b. Total claims from Part 2 | 5b. + | $ | 3,018,457.37 |
| 5c. Total of Parts 1 and 2 <br> Lines 5a + 5b = 5c. | 5c. | $ | 3,210,948.87 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Nieman Printing, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF TEXAS

Case number (if known)    **21-31134**

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
     ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
     ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.1.**   State what the contract or lease is for and the nature of the debtor's interest     **Landlord**<br><br>     State the term remaining<br><br>     List the contract number of any government contract | **Northwest EPC, LLC**<br>**c/o Lindsey Reinhardt**<br>**7557 Rambler**<br>**Apt 1450**<br>**Dallas, TX 75231** |
| **2.2.**   State what the contract or lease is for and the nature of the debtor's interest     **Landlord**<br><br>     State the term remaining<br><br>     List the contract number of any government contract | **Peggy's Foley**<br>**c/o JSC Realty**<br>**2711 LBJ Freeway**<br>**Suite 130**<br>**Dallas, TX 75234** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Nieman Printing, Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF TEXAS

Case number (if known)   **21-31134**

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                            12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1    **Garrett Graves** | | **Goodman Capital Finance** | ■ D  __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.2    **Garrett Graves** | | **Small Business Admin** | ■ D  __2.5__<br>☐ E/F _____<br>☐ G _____ |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                                                  Best Case Bankruptcy

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Northern District of Texas

In re __Nieman Printing, Inc.__                                          Case No.    __21-31134__
                                    Debtor(s)                       Chapter    __11__

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
     compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
     be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

     For legal services, I have agreed to accept .............................................. $ _____ __9,238.00__

     Prior to the filing of this statement I have received ................................ $ _____ __9,238.00__

     Balance Due ............................................................................................... $ _____ __0.00__

2.   The source of the compensation paid to me was:

     ■ Debtor        ☐ Other (specify):

3.   The source of compensation to be paid to me is:

     ■ Debtor        ☐ Other (specify):

4.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
        copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d.  [Other provisions as needed]

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

__July 12, 2021__                                   __/s/ Eric A. Liepins__
*Date*                                              __Eric A. Liepins__
                                                    *Signature of Attorney*
                                                    __Eric A. Liepins__
                                                    __12770 Coit Road__
                                                    __Suite 850__
                                                    __Dallas, TX 75251__
                                                    __972-991-5591  Fax: 972-991-5788__
                                                    __eric@ealpc.com__
                                                    *Name of law firm*

---

# United States Bankruptcy Court
## Northern District of Texas

In re   **Nieman Printing, Inc.** _____   Case No.   **21-31134** _____

Debtor(s)   Chapter   **11** _____

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **SGM Technologies, Inc**<br>**P.O. Box 540398**<br>**Dallas, TX 75354** | | **100%** | |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **July 12, 2021** _____   Signature   **/s/ Garrett Graves** _____

**Garrett Graves**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

BTXN 094 (rev. 5/04)

## UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| **Nieman Printing, Inc.** | § | Case No.:  **21-31134** |
| | § | |
| | § | |
| Debtor(s) | § | |
| | § | |

## VERIFICATION OF MAILING LIST

The Debtor(s) certifies that the attached mailing list (*only one option may be selected per form*):

- ■ is the first mail matrix in this case.

- ☐ adds entities not listed on previously filed mailing list(s).

- ☐ changes or corrects name(s) and address(es) on previously filed mailing list(s).

- ☐ deletes name(s) and address(es) on previously filed mailing list(s).

In accordance with N.D. TX L.B.R. 1007.2, the above named Debtor(s) hereby verifies that the attached list of creditors is true and correct.

Date:  **July 12, 2021**

**/s/ Garrett Graves**
**Garrett Graves**/**President**
Signer/Title

Date:  **July 12, 2021**

**/s/ Eric A. Liepins**
Signature of Attorney
**Eric A. Liepins**
**Eric A. Liepins**
**12770 Coit Road**
**Suite 850**
**Dallas, TX 75251**
**972-991-5591   Fax: 972-991-5788**

 **75-1598846**
Debtor's Social Security/Tax ID No.

Joint Debtor's Social Security/Tax ID No.