FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 1

| Case No.: | 21-31134-SGJ | Trustee Name: | Areya Holder Aurzada |
|---|---|---|---|
| Case Name: | NIEMAN PRINTING, INC. AND SGM TECHNOLOGIES, INC. | Date Filed (f) or Converted (c): | 09/08/2021 (c) |
| For the Period Ending: | 06/30/2022 | §341(a) Meeting Date: | 10/13/2021 |
| | | Claims Bar Date: | 01/17/2022 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | |
| 1  Prosperity Bank | $12,110.00 | $0.00 | | $0.00 | FA |
| 2  Accounts receivable 90 days old or less | $500,000.00 | $500,000.00 | | $112,882.13 | $387,117.87 |
| 3  Raw materials Inventory | $1,000.00 | $1,000.00 | | $0.00 | $1,000.00 |
| 4  desk, tables, file cabinets, computers, chairs | $20,000.00 | $20,000.00 | | $20,000.00 | FA |
| 5  Large Bax Truck, Small Box truck, Van | $20,000.00 | $30,000.00 | | $30,000.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 2

| Case No.: | 21-31134-SGJ | Trustee Name: | Areya Holder Aurzada |
|---|---|---|---|
| Case Name: | NIEMAN PRINTING, INC. AND SGM TECHNOLOGIES, INC. | Date Filed (f) or Converted (c): | 09/08/2021 (c) |
| For the Period Ending: | 06/30/2022 | §341(a) Meeting Date: | 10/13/2021 |
| | | Claims Bar Date: | 01/17/2022 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 6 | equipment located at shop (see attached): Heidelberg SM 102 Offset Press SN: 541311 HP Indigo 7800 Xeox Nuverra Xerox Nuverra Xerox Nuverra Xerox lgen Xerox lgen Agfa Jeti Mira Flatbead Wide Format Printer Eska Kogsberg Router HP Scitex Latex Printer HP Scitex Latex Printer Epson Proofer Epson Proofer Epson Proofer Sentry Orion Pallet Wrapper Shanklin Autowrapper w/ Auto lnfeed and Shrink Tunnel Theisen and Bonitz 10 Pocket Saddlewire Binder Hand Stitcher Ryobi 4 Color Offset Press Heidelberg Varimatrix 105CS Brausse Folder Gluer Jungheinrich Electric Forklift with Clamp Attachment Kaeser Rotary Screw Compressor Sullair SRD 400 Compressor JBI Auto Punch JBI Wire Closer Challenge 3 Hole Drill Polar Lift Polar N115 SN: 8636021 | $600,000.00 | $600,000.00 | | $515,000.00 | FA |

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No.: | 21-31134-SGJ | Trustee Name: | Areya Holder Aurzada |
|---|---|---|---|
| Case Name: | NIEMAN PRINTING, INC. AND SGM TECHNOLOGIES, INC. | Date Filed (f) or Converted (c): | 09/08/2021 (c) |
| For the Period Ending: | 06/30/2022 | §341(a) Meeting Date: | 10/13/2021 |
| | | Claims Bar Date: | 01/17/2022 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Stahl 30" Folder SN: 161UB0005 | | | | | |
| Stahl 26" Folder SN: 48091 | | | | | |
| Stahl B-30 BRD SN: 702126 | | | | | |
| Stahl B-30 BRD SN: 703294 | | | | | |
| Stahl B-30 BRD SN: 703751 | | | | | |
| Stahl ST90 4 Pocket Saddle Binder SN 090360021 | | | | | |
| Muller Bravo Plus 6 Pocket Saddle Binder | | | | | |
| Stahl VFZ Knife Folder SN: 702175 Graphic Equipment Pile Turner | | | | | |
| Encore Electric Reach Pallet Lift | | | | | |
| Genie Lift | | | | | |
| Heidelberg ST 90 8 Pocket Saddle Binder | | | | | |
| Moll Folder Gluer SN: MSP1036-08 | | | | | |
| Moll Folder Gluer SN: VSTP1070-08 Clark Electric Forklift | | | | | |
| Stahl VBF 3 Knife Trimmer | | | | | |
| Kodak Trendsetter CTP SN: TJ1616 Kodak Trendsetter CTP SN: TJ1715 Miscellaneous Computers and Printers Trane Compressor | | | | | |
| Crown Forklift | | | | | |
| Net Jet Inkjet Mailing System w/ IR Dryer | | | | | |
| Pallet Scale | | | | | |
| Hawk 600V Ink Jet | | | | | |
| Hawk 600V Ink Jet | | | | | |
| Net Jet Inkjet Mailing System w/ IR Dryer | | | | | |
| Kirk Rudy Tabber | | | | | |
| Kirk Rudy Tabber | | | | | |
| Mail Inserter | | | | | |
| Mail Inserter | | | | | |
| Audion Shrink Wrapper | | | | | |
| Lantech Auto Wrapper | | | | | |
| Miscellaneous Pallet Jacks | | | | | |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No:  4

| Case No.: | 21-31134-SGJ | Trustee Name: | Areya Holder Aurzada |
|---|---|---|---|
| Case Name: | NIEMAN PRINTING, INC. AND SGM TECHNOLOGIES, INC. | Date Filed (f) or Converted (c): | 09/08/2021 (c) |
| For the Period Ending: | 06/30/2022 | §341(a) Meeting Date: | 10/13/2021 |
| | | Claims Bar Date: | 01/17/2022 |

| | 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 7 | Claims against numerous employees who left the company and are acting in violation of non-compete and non-solictaton agreement | | $0.00 | $0.00 | | $0.00 | FA |
| 8 | CLaims against the neimans for failure to disclose information in connection with the sale of the business | | $0.00 | Unknown | | $0.00 | Unknown |
| 9 | Areya Holder Trustee (Trustee DIP Account) | | $77,978.00 | $112,760.50 | | $112,760.50 | FA |
| 10 | The Hartford Insurance: Refund and 2019 and 2020 Dividend Computation | (u) | $0.00 | $17,985.50 | | $17,985.50 | FA |
| 11 | Settlement Bourland, Wall & Wenzel, P.C. regarding pre-petition transferred assets | (u) | $0.00 | $15,000.00 | | $0.00 | $15,000.00 |
| 12 | Settlement with Aman Kumar and Anand Printing and Machinary, Inc. - adversary proceeding 21-3044 asserting claims of fraudulent transfer with respect to the 2017 Heidelberg Model CD-102--6+L Six Color printing press | (u) | $0.00 | $25,000.00 | | $0.00 | $25,000.00 |
| 13 | Potential chapter five causes of action (fraudulent transfer and preference) | (u) | $0.00 | Unknown | | $0.00 | Unknown |
| 14 | potential claims against the Debtors' principal, as well as collection of the sanctions awarded against Debtor's principal | (u) | $0.00 | Unknown | | $0.00 | Unknown |
| 15 | Insurance refund | (u) | $0.00 | $1,167.35 | | $1,167.35 | FA |
| 16 | Central Bank of St. Louis - Checking Account | | $1,300.00 | Unknown | | $0.00 | Unknown |
| | **Asset Notes:** List on SGM Technology, Inc.'s schedule A/B. | | | | | | |
| 17 | SGM Accounts Receivable | | $0.00 | Unknown | | $0.00 | Unknown |
| | **Asset Notes:** List on SGM Technology, Inc.'s schedule A/B. | | | | | | |
| 18 | Nieman Printing, Inc. (100%) | | $0.00 | $0.00 | | $0.00 | FA |
| | **Asset Notes:** List on SGM Technology, Inc.'s schedule A/B. | | | | | | |
| 19 | 2015 Cannon Printer | | $1,000.00 | Unknown | | $0.00 | Unknown |
| | **Asset Notes:** List on SGM Technology, Inc.'s schedule A/B. | | | | | | |
| 20 | Cutter (broken) | | $250.00 | Unknown | | $0.00 | Unknown |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 5

| Case No.: | 21-31134-SGJ | Trustee Name: | Areya Holder Aurzada |
|---|---|---|---|
| Case Name: | NIEMAN PRINTING, INC. AND SGM TECHNOLOGIES, INC. | Date Filed (f) or Converted (c): | 09/08/2021 (c) |
| | | §341(a) Meeting Date: | 10/13/2021 |
| For the Period Ending: | 06/30/2022 | Claims Bar Date: | 01/17/2022 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

| Asset Notes: | List on SGM Technology, Inc.'s schedule A/B. |
|---|---|

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 21 | Potential additional assets of SGM Technologies (u) | $0.00 | Unknown | | $0.00 | Unknown |

**TOTALS (Excluding unknown value)**

| | | | | **Gross Value of Remaining Assets** |
|---|---|---|---|---|
| | $1,233,638.00 | $1,322,913.35 | $809,795.48 | $428,117.87 |

**Major Activities affecting case closing:**

07/28/2022   The Trustee and her counsel are in the process of analyzing and pursing potential chapter 5 claims, potential claims against Debtor's principal and collection sanctions awarded against Debtor's principal. Additionally, the Trustee and her counsel are investigating potential assets of SGM Technologies.

| Initial Projected Date Of Final Report (TFR): | 06/30/2023 | Current Projected Date Of Final Report (TFR): | 06/30/2023 | /s/ AREYA HOLDER AURZADA |
|---|---|---|---|---|
| | | | | AREYA HOLDER AURZADA |